IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS PANTOJA | ) | |
| | ) | |
| vs. | ) | No. 3:08-CV-926-O |
| | ) | |
| NATHANIEL QUARTERMAN, | ) | |
| Director Texas Department of | ) | |
| Criminal Justice, Correctional | ) | |
| Division | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge entered findings, conclusions and a recommendation in this case on June 5, 2008. No objections were filed. *See* FED. R. CIV. P. 72; 28 U.S.C. §636(b). The Court has therefore reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED, ADJUDGED AND DECREED that this case is DISMISSED without prejudice.

The clerk of court shall transmit a copy of this judgment to the plaintiff.

SIGNED this 31st day of July, 2008.

Reed O'Connor
UNITED STATES DISTRICT JUDGE